UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
EMILIYA LUBGON,

                           Plaintiff,

      - against -

FAMILY HOME CARE SERVICES OF
BROOKLYN AND QUEENS, INC.,

                           Defendant.
-------------------------------------------------------------- x

**ORDER**

15 CV 6708 (RJD) (MDG)

DEARIE, District Judge:

The Court adopts Magistrate Judge Go's Report & Recommendation dated September 14, 2016, ECF No. 15, in its entirety, and hereby grants the parties' Joint Motion for Approval of the Settlement Agreement, ECF No. 11, as modified by the revised Addendum filed on September 13, 2016, ECF No. 14.

SO ORDERED.

Dated: Brooklyn, New York
       October 18, 2016

s/ RJD
_____
RAYMOND J. DEARIE
United States District Judge